# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00449-CV

**McLane Company, Inc. and David Fuentes, Appellants**

**v.**

**Ericka Huerta and Erin Chavez, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-14-000627, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## NO. 03-14-00481-CV

**In re McLane Company, Inc. and David Fuentes**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

McClane Company, Inc. and David Fuentes have filed an unopposed motion to consolidate their interlocutory appeal (No. 03-14-00449-CV) into their petition for writ of mandamus (No. 03-14-00481-CV). The Court grants the motion by McLane and Fuentes and consolidates the appeal with the mandamus petition. The issues, records, and documents filed in cause number

03-14-00449-CV are consolidated into cause number 03-14-00481-CV. The consolidated case shall proceed under cause number 03-14-00481-CV, and cause number 03-14-00449-CV is dismissed.

Ericka Huerta and Erin Chavez may file a brief responding to the mandamus petition of McLane and Fuentes by **August 18, 2014**. Aside from that deadline, briefing will proceed in accordance with Texas Rules of Appellate Procedure 52.4, 52.5.

Before Chief Justice Jones, Justices Rose and Goodwin

03-14-00449-CV       Dismissed

03-14-00481-CV       Consolidated

Filed:   August 7, 2014